## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE SMITH for,** | : | **CIVIL ACTION NO. 1:05-2148** |
| **K.L.C., a minor,** | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LINDA S. MCMAHON,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 1st day of February, 2007, upon consideration of the petition

(Doc. 13) for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed by

plaintiff's attorney, William H. Poole, Jr., Esquire, and it appearing that defendant

does not object to the fee request (see Doc. 16), and it is hereby ORDERED that:

1.    The petition (Doc. 13) is GRANTED.

2.    The defendant is hereby ordered to pay the sum of $1,568.97 to William
      H. Poole, Jr., Esquire.


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge